FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Linda Retaleato,

           Plaintiff,

  -V-

Country Cadillac, Buick, Pontiac
and GMC Truck, LLC, et al.

           Defendants.
-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

03CV2871(SLT)(MLO)

IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

           SO ORDERED

           _____
           SANDRA L. TOWNES
           UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
       May 16, 2005